608

**Fred Leo SPENCER**

v.

**UNITED STATES of America.**

No. 5806.

United States Court of Appeals
Tenth Circuit.

Feb. 27, 1958.

Ward & Frasier, Tulsa, Okl., for appellant.

B. Hayden Crawford, U. S. Atty., and John Morley, Asst. U. S. Atty., Tulsa, Okl., for appellee.

BRATTON, Chief Judge.

Appeal dismissed pursuant to stipulation of the parties.

**Earl Basil TUCKER**

v.

**UNITED STATES of America.**

No. 5756.

United States Court of Appeals
Tenth Circuit.

March 11, 1958.

Donald E. Kelley, U. S. Atty., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute the same.

**Randall RICHARDSON**

v.

**UNITED STATES of America.**

No. 5766.

United States Court of Appeals
Tenth Circuit.

March 11, 1958.

Paul L. Washington, Oklahoma City, Okl., for appellant.

Paul W. Cress, U. S. Atty., and George Camp, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, and HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

**Morris Edward WALLACE**

v.

**C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 5795.

United States Court of Appeals
Tenth Circuit.

March 11, 1958.

William C. Farmer, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.